IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 1:21-CV-00327-JPB-CCB |
| | ) |
| | ) JURY TRIAL DEMANDED |
| JUDY HELMS | ) |
| IN HER INDIVIDUAL CAPACITY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE, each party to pay its own fees, costs, and expenses.

Respectfully submitted this 24 day of June, 2021.

s/Matthew C. Billips

Matthew C. Billips
Georgia Bar No. 057110
Barrett & Farahany, LLP
1100 Peachtree St. NE
Suite 500
Atlanta, GA 30309
(T) (470) 284-7265
(E) matt@justiceatwork.com

*Counsel for Plaintiff Joseph Simmons*

s/Douglas R. Kertscher

Douglas R. Kertscher
Georgia Bar No. 416265
Hill Kertscher & Wharton, LLP
3625 Cumberland Blvd.
Suite 1050
Atlanta, GA 30339
(T) (770) 953-0995
(E) drk@hkw-law.com

*Counsel for Defendant Judy Helms*